F I L E D
Clerk
District Court

FEB 16 2005

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No CR 05 - 00009 |
| Plaintiff, | |
| v. | INDICTMENT |
| JOSE CRUZ ALDAN, a/k/a "Joe," | Title 21 U.S.C., §§ 841(a)(1) & 841(b)(1)(C) & Title 18 U.S.C., § 2- Distribution And Possession With Intent To Distribute A Controlled Substance (Cts. 1-2). |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT ONE

#### Distribution And Possession With Intent To Distribute A Controlled Substance

1.    On or about November 3, 2003, in the District of the Northern Mariana Islands, JOSE CRUZ ALDAN, a/k/a "Joe," the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, approximately 1.1 grams of methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)
& Title 18, United States Code, Section 2.)

1    THE GRAND JURY FURTHER CHARGES:

2                                    COUNT TWO

3    Distribution And Possession With Intent To Distribute A Controlled Substance

4            2.      On or about January 29, 2004 in the District of the Northern Mariana

5    Islands, JOSE CRUZ ALDAN, a/k/a "Joe," the defendant, unlawfully, wilfully and knowingly,

6    distributed and possessed with intent to distribute a controlled substance, namely, approximately

7    .29 grams of methamphetamine, in a form commonly known as "ice."

8                    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)
                          & Title 18, United States Code, Section 2.)
9

10

11

12                                                  A TRUE BILL.

13

14

15                                                  _____
                                                    Foreperson
16

17    LEONARDO M. RAPADAS
      United States Attorney
      Districts of Guam and NMI
18

19
      By:  _____
20        TIMOTHY E. MORAN
          Assistant United States Attorney
21

22

23

24

25

26

27

28

                                              -2-