AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**JOSE CRUZ ALDAN**
    aka "Joe",

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 05 - 00009 D

*[Stamp: RECEIVED 2-16-05]*
*[Stamp: Clerk, District Court]*
*JUN 13 2005*
*For The Northern Mariana Islands*
*By ____ (Deputy Clerk)*

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **JOSE CRUZ ALDAN**
                                                      Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution And Possession With Intent to Distribute A Controlled Substance (Counts One and Two)**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(C)__

and in violation of Title __18__ United States Code, Section (s) __2__

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Alex R. Munson | 2-16-05      SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __10,000.00__ by __*[signature]* Alex R. Munson__
                                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __CNMI DOC Susupe__
Detainer placed on Sentenced Prisoner

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02-16-05 | Wolfgang M. Calvert | *[signature]* |
| DATE OF ARREST | Dep US Marshal (CI) | |
| 06-13-05 | | |

*[margin: ORIGINAL]*
*2*

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____

U.S. Department of Justice  *Member on 1yr sentence*
United States Marshals Service  *w/ weekend Furloughs*



# DETAINER
## AGAINST SENTENCED PRISONER
United States Marshal
District of N. Mariana Islands

*Please type or print neatly:*
TO:                                                      DATE: 10 June 2005
                                                      SUBJECT: Aldan, Jose
                                                           AKA: Joe
                                                      DOB/SSN: 01-05-1967
                                                        USMS #: _____
                                                          CR #: _____

    Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____ District of N. Mariana Islands has issued an **arrest warrant(s)** charging the subject with the commission of the following offense(s):

Distribution And Possession With Intent to Distribute A Controlled Substance (Counts One and Two)

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act APPLY to this Detainer because the Detainer is based on pending Federal criminal charges which have not yet been tried. Pursuant to the provisions of the Interstate Agreement on Detainers Act (IADA), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges. **Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the IADA, he/she has the right to demand speedy trial on the charges.** If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

                INSTRUCTIONS FOR COMPLETION OF STATEMENTS
    I. Please read or show the following to the subject:

"**You are hereby advised that a Detainer has been filed against you on** (date) 13 June 2005 , **on the basis of Federal criminal charges riled against you in the U.S. District Court for the** _____ **District of** N. Mariana Islands   **With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be brought to trial within 180 days after you have caused to be delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court, written notice of your request for a final disposition of the charges against you. Because the 180-day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire as to whether your written notice of request for a final disposition of the charges against you has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. You are hereby advised that the 180-day time limit does not commence until your written notice of request for final disposition of the charges against you has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court.**

Form USM-17
Rev. 12/03
Automated 12/03

If you have any questions regarding the provisions of the L&DA, you should contact your attorney or the U.S. Attorney for the _____ District of N). Mariana Islands.

2. Please execute the following:

   The foregoing was read to or by subject and a copy of the Detainer was delivered to him on
   13 June 2005
   _____
   (date)

   Signed: _____    Title: Deputy US Marshal, Criminal Invest.

3. Please have the prisoner execute the following:

"I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charge(s). I (do) (do not) demand a speedy trial on the charge(s). I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. I also understand that my right to a speedy trial under the IADA is the right to be brought to trial within 180 days after my written notice of request for a final disposition of the charges against me has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court. I further understand that the 180-day time limit may be tolled by any delays attributable to me, and that I must periodically inquire as to whether my written notice of request for a final disposition of the charges against me has been received by the appropriate U.S. Attorney and appropriate U.S. District Court Finally, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_____    _____
(Witness)                     (Signature of Prisoner and Date)

                              Aldan, Jose Cruz AKA "JOE"
                              (Typed or Printed Name of Prisoner)

4. Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or certified mail to the U.S. Attorney for the _____ District of N. Mariana Islands and the U.S. District Court for the _____ District of N. Mariana Islands

5. If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on the charge(s) at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal, have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

Your cooperation is greatly appreciated.

| RECEIPT | |
|---|---|
| Date: 6/13/05 | |
| Signed: _____ | |
| By: Timothy E. Moran | |
| Title: Asst. U.S. Atty. | |

Very truly yours,

_____
(Signature)

Joaquin Salas, signed by Direction
U.S. Marshal

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED



U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST SENTENCED PRISONER

United States Marshal
District of N. Mariana Islands

*Please type or print neatly:*

TO:                                                                                  DATE: 10 June 2005
                                                                              SUBJECT: Aldan, Jose
                                                                                    AKA: Joe
                                                                              DOB/SSN: 01-05-1967
                                                                                 USMS #:
                                                                                     CR #:

    Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the _____ District of N. Mariana Islands has issued an **arrest warrant(s)** charging the subject with the commission of the following offense(s):

Distribution And Possession With Intent to Distribute A Controlled Substance (Counts One and Two)

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act APPLY to this Detainer because the Detainer is based on pending Federal criminal charges which have not yet been tried. Pursuant to the provisions of the Interstate Agreement on Detainers Act (IADA), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges. **Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the IADA, he/she has the right to demand speedy trial on the charges.** If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

INSTRUCTIONS FOR COMPLETION OF STATEMENTS

    I. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on (date) 13 June 2005 , on the basis of Federal criminal charges riled against you in the U.S. District Court for the _____ District of N. Mariana Islands            With regard to answering these charges, you are hereby advised that you **have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be brought to trial within 180 days after you have caused to be delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court, written notice of your request for a final disposition of the charges against you. Because the 180-day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire as to whether your written notice of request for a final disposition of the charges against you has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. You are hereby advised that the 180-day time limit does not commence until your written notice of request for final disposition of the charges against you has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court.**

If you have any questions regarding the provisions of the L&DA, you should contact your attorney or the U.S. Attorney for the _____ District of N. Mariana Islands.

2. Please execute the following:

   **The foregoing was read to or by subject and a copy of the Detainer was delivered to him on**
   13 June 2005_____.
   (date)

   Signed. _____    Title: Deputy US Marshal, Criminal Invest.

3. Please have the prisoner execute the following:

"I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charge(s) I (do) (do not) demand a speedy trial on the charge(s). I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. I also understand that my right to a speedy trial under the IADA is the right to be brought to trial within 180 days after my written notice of request for a final disposition of the charges against me has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court. I further understand that the 180-day time limit may be tolled by any delays attributable to me, and that I must periodically inquire as to whether my written notice of request for a final disposition of the charges against me has been received by the appropriate U.S. Attorney and appropriate U.S. District Court Finally, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_____        _____
(Witness)                      (Signature of Prisoner and Date)

                               Aldan, Jose Cruz AKA "JOE"
                               (Typed or Printed Name of Prisoner)

4. Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or certified mail to the U.S. Attorney for the _____ District of N. Mariana Islands and the U.S. District Court for the _____ District of N. Mariana Islands.

5. If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on the charge(s) at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal, have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

Your cooperation is greatly appreciated.

| RECEIPT | |
|---|---|
| Date: | 6.13.2005 |
| Signed: | [signature] |
| By: | CHRIS WARNICK |
| Title: | COII |
| | DOC - SUSUPE |

Very truly yours,

_____
(Signature)
Joaquin Salas, signed by Direction
U.S. Marshal