FILED
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*************************************************************

CR-05-00009-001                                December 2, 2005
                                               8:40 a.m.

(SEALED MATTER)
UNITED STATES OF AMERICA vs. JOSE CRUZ ALDAN aka "Joe"

PRESENT:       HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
               MICHELLE C. MACARANAS, COURTROOM DEPUTY
               SANAE SHMULL, COURT REPORTER
               TIM MORAN, ASSISTANT U.S. ATTORNEY
               DANILO AGUILAR, ATTORNEY FOR DEFENDANT
               JOSE CRUZ ALDAN, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE / ARRAIGNMENT

Attorney Danilo Aguilar appeared on behalf of defendant Jose Cruz Aldan who was present. Government was represented by Tim Moran, AUSA. Also present was Margarita Dlg. Wonenberg, U.S. Probation Officer.

Courtroom was sealed.

Defendant was sworn and advised of the charges against him in the indictment and his constitutional rights.

Court, after review of the defendant's financial affidavit, determined that the defendant did qualify for a court appointed counsel and ordered that Attorney Danilo Aguilar be appointed nunc pro tunc..

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court ordered jury trial to begin on **MONDAY, February 6, 2006 at 9:00 a.m.** Pretrial motions to be filed no later than December 16, 2005.

Government moved that the defendant be detained with a $10,000 bail at this time. Attorney Aguilar reserved on the matter of bail for another time.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court. Government moved to unseal the case. Court so ordered.

Adj. 8:50 a.m.

Michelle C. Macaranas, Deputy Clerk

4