FILED
Clerk
District Court

DEC 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

DANILO T. AGUILAR, F198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
    JOSE CRUZ ALDAN aka Joe

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiffs <br><br> v. <br><br> JOSE CRUZ ALDAN aka Joe <br><br> Defendant. | CRIMINAL CASE NO. 05-0009 <br><br><br> **MOTION TO WITHDRAW AS COUNSEL** |

    COMES NOW Danilo T. Aguilar, counsel of record for Defendant Jose Cruz Aldan aka Joe, and hereby requests for an order permitting withdrawal of counsel. This motion is submitted pursuant to Rule 1.16(a)(1) and 1.7 (a)(1) of the Model Rules of Professional Responsibility.

    This motion is supported by the attached declaration of counsel.

    Respectfully submitted this 15th day of December, 2005.

                                        /s/ Danilo T. Aguilar
                                        **DANILO T. AGUILAR, F0198**
                                        Attorney for Jose Cruz Aldan