**ORIGINAL**

1   DANILO T. AGUILAR, F0198
    Attorney at Law
2   P.O. Box 505301
    First Floor, San Jose Court Bldg.
3   Cor. Ghiyeghi St. & Wischira Wy.
    San Jose, Saipan, MP 96950
4   TELEPHONE: (670) 234-8801
    FAX: (670) 234-1251
5
    Attorney for Defendant
6      JOSE CRUZ ALDAN aka Joe

7

F I L E D
Clerk
District Court

DEC 16 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

8              IN THE UNITED STATES DISTRICT COURT

9                              FOR THE

10                    NORTHERN MARIANA ISLANDS

11

12   UNITED STATES OF AMERICA,         |   CRIMINAL CASE NO. 05-00009

13                    Plaintiff,       |

14           v.                        |   **DECLARATION OF COUNSEL IN**
                                       |   **SUPPORT OF MOTION TO**
15   JOSE CRUZ ALDAN aka Joe           |   **WITHDRAW**

16                    Defendant.       |

17

18           I, Danilo T. Aguilar, hereby declare;

19           1.   I am an attorney licensed to practice before all courts of the

20   CNMI. I have personal knowledge of the matters stated herein and would be

21

22   competent to testify to them if called to do so.

23           2.   I was appointed by the Court to represent the Defendant in the

24   above-entitled matter.

25           3.   During my discussions with him, I found out that he is a co-

26   defendant of Joaquina P. Reyes, whom I also represent in ongoing proceedings

27   before this court.

28

4.    Based upon my evaluation of the respective cases of both Mr. Aldan and Ms. Reyes, each party may have potential information to implicate each other for the crimes that have not been charged. My continued representation of Defendant Jose Cruz Aldan will constitute a conflict of interest.

5.    My withdrawal will permit Mr. Aldan to fully cooperate with the U.S. Attorney's Office and avoid a situation requiring my withdrawal of both Mr. Aldan and Ms. Reyes.

6.    For the above reasons, I request the Court to permit Counsel's withdrawal from further representation of Defendant, pursuant to Rule 1.16(a)(1) of the Model Rules of Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December ___15___, 2005 at Saipan, Commonwealth of the Northern Mariana Islands.

_____
**DANILO T. AGUILAR, F0198**