FILED
Clerk
District Court

DEC 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>            Plaintiff                            )<br>                                                         )<br>    v.                                                )<br>                                                         )<br>JOSE CRUZ ALDAN, also known  )<br>as Joe,                                          )<br>                                                         )<br>            Defendant                        )<br>_____)  | Criminal No. 05-00009<br><br><br><br>ORDER ALLOWING<br>DANILO T. AGUILAR TO<br>WITHDRAW AS COUNSEL<br>OF RECORD and<br>DIRECTING THAT NEW<br>COUNSEL BE APPOINTED |

THIS MATTER is before the court on motion of Danilo T. Aguilar to withdraw as attorney of record for defendant. Based upon the declaration of counsel, and good cause appearing therefrom, and in the interests of conserving the resources of the court and the parties,

IT IS ORDERED that attorney Danilo T. Aguilar be and hereby is allowed to

withdraw as attorney of record for defendant Jose Cruz Aldan, effective immediately.

The Clerk of Court shall appoint new counsel for defendant.

DATED this 16th day of December, 2005.

_____
ALEX R. MUNSON
Judge