F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT   FEB - 1 2006
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-05-00009

February 1, 2006
2:20 p.m.

**UNITED STATES OF AMERICA -vs- JOSE C. ALDAN**

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
LYNN LEMIEUX, COURTROOM DEPUTY
SANAE SHMULL, COURT REPORTER
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
JOSE C. ALDAN, DEFENDANT
JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT

PROCEEDINGS: MOTION for WAIVER OF SPEEDY TRIAL

Defendant was present with Attorney Joseph Camacho. Government by Timothy Moran, AUSA.

Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial because Attorney Joseph Camacho was just appointed replacing Attorney Danilo Aguilar.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **May 31, 2006** and that jury trial would commence on Monday, **May 1, 2006 at 9:00 a.m.** in this courtroom.

Defendant was remanded back into the custody of the U.S. Marshal.

Court adjourned at 2:30 p.m.

K. Lynn Lemieux, Courtroom Deputy