FILED
Clerk
District Court

FEB - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                          Plaintiff,      )<br>                                                               )<br>             v.                                              )<br>                                                               )<br>JOSE CRUZ ALDAN,                       )<br>a/k/a "Joe,"                                          )<br>                                                               )<br>                          Defendant.  )<br>                                                               )<br>_____ ) | Criminal Case No. 05-00009<br><br>**ORDER GRANTING WAIVER OF SPEEDY TRIAL AND AMENDING SCHEDULING**<br><br>Hearing:    February 1, 2006<br>Time:        2:00 p.m. |

   JOSE CRUZ ALDAN, a/k/a "Joe," the defendant, having appeared in open court with his attorney on February 1, 2006; and

   The defendant, through his attorney, having represented to the Court that he requests the Court to consider his oral motion in open court to waive speedy trial in order to allow his counsel to effectively prepare his case;

   The Court finds pursuant to Title 18, United States Code § 3161 (h)(8) that the ends of justice served by allowing the defense further time to review the evidence in preparation for trial outweighs any other interests the public or the defendant may have in a speedy trial; therefore,

IT IS ORDERED that:

1. Pursuant to the defendant's request and a written voluntary, knowing and intelligent waiver, speedy trial was waived and the time from the execution of this waiver up to and including <u>May 31, 2006</u>, is hereby excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act ;

2. The jury trial herein shall commence on <u>May 1, 2006</u>; and

3. The following be filed with this Court no later than one week before trial:

    a) Proposed jury voir dire questions;

    b) A joint exhibit list (Government's exhibits numbered; Defendant's exhibits lettered) (one original and three copies for the Court);

    c) A complete set of marked exhibits (with a copy for the Court if practicable);

    d) Proposed verdict forms;

    e) Witness lists for purposes of voir dire only (witness lists shall include: legal names, aliases, nicknames, place of residence, and place of employment) (one original and three copies for the Court); and

//
//
//
//
//
//
//
//
//
//

  f)  Proposed jury instructions (those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party.)

IT IS SO ORDERED.

DATED: _____, 2006

_____
HONORABLE DAVID A. WISEMAN
Designate District Judge

The undersigned parties stipulate to this order both as to form and substance. The defendant specifically acknowledges the waiver of speedy trial and exclusion of time up to and including May 31, 2006.

_____  Date: 2-1-2006
Defendant

_____  Date: 2-1-2006
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
District of the NMI

By: _____  Date: 1/30/06
TIMOTHY E. MORAN
Assistant United States Attorney

RECEIVED
FEB - 1 2006
Clerk
District Court
For The Northern Mariana