Joseph James Norita Camacho
Camacho & Alepuyo
Attorneys at Law
2nd Floor, Lim's Bldg, Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535/6/7
(670) 233-8538 Fax

FILED
Clerk
District Court

FEB 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>**JOSE CRUZ ALDAN**,<br>a.k.a. "Joe"<br>                Defendant. | Criminal Case NO. 05-00009<br><br>**APPLICATION FOR BAIL MODIFICATION**<br><br>DATE: FEB 1 5 2006<br>TIME: 11:00 a.m. |

NOW COMES Defendant, Jose Cruz Aldan (a.k.a. "Joe"), by and through his court-appointed counsel, Joseph James Norita Camacho, hereby makes an Application for Bail Modification pursuant to Federal Rules of Criminal Procedure 46(a). Mr. Aldan respectfully requests this Honorable Court to review the proposed pre-trial release conditions into the custody of a third party custodian. As grounds of his application, Mr. Aldan states:

1. Jose Cruz Aldan respectfully requests the court to consider the proposed third party custodian whose information are as follows:

    Name:           Lydia Lizama Ada
    Relation:       Mother in law
    Date of Birth:  March 7, 1953
    Residence:      Koblerville
    Employment:     Jin Yun America located in Chalan Kanoa
    Contact Nos.:   235-2811 (work)

288-1988 (home)

2. Ms. Ada feels she is the appropriate person to act as Mr. Aldan's third party custodian and would affirmatively act on her duty to call the police, Assistant U.S. Attorney's Office or the U.S. District Court in the event Mr. Aldan violates any pre-trial release conditions set by this court.

WHEREFORE, Mr. Aldan respectfully applies to this Honorable Court for review of the pre-trial release conditions pursuant to Federal Rules of Criminal Procedure 46(a).

DATES this 13th day of February, 2006.

Respectfully submitted,

_____
Joseph James Norita Camacho
Attorney for Jose Cruz Aldan