FILED
Clerk
District Court

APR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff  )<br>  )<br>    v.  )<br>  )<br>JOSE CRUZ ALDAN, also known  )<br>as Joe,  )<br>  )<br>    Defendant  )<br>_____  ) | Criminal No. 05-00009<br><br>ORDER RE-SETTING<br>TRIAL DATE |

Defendant having previously waived his speedy trial rights up to May 31, 2006, and to accommodate the court's schedule; NOW, THEREFORE,

IT IS ORDERED that the trial previously set for May 1, 2006, shall be and hereby is re-scheduled to begin on **Tuesday, May 30, 2006, at 9:00 a.m.**

DATED this 17th day of April, 2006.

_/s/ Alex R. Munson_
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)