F I L E D
Clerk
District Court

MAY 1 2 2006

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
NORTHERN MARIANA ISLANDS        By_____
                                  (Deputy C.e..)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00009 |
| Plaintiff, ) | |
| v. ) | |
| JOSE CRUZ ALDAN, ) | |
| a/k/a "Joe," ) | |
| Defendant. ) | |

**AFFIDAVIT OF SELF-AUTHENTICATION**
**PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**

I, Leah M. Carney, declare and certify under penalty of perjury, that the following is true and correct:

1. I am employed as a Forensic Chemist with the Drug Enforcement Administration, South West Laboratory in Vista, California. I have been so employed for 4 years. The regular duties of the South West Laboratory involve, among other work, the analysis of various substances forwarded to the laboratory by agents of the Drug Enforcement Administration. As a Forensic Chemist, my regular duties include analysis of these substances, as well as the documentation of my findings in written lab reports. The laboratory makes and maintains these lab reports in the regular course of its activities as a matter of regular practice.

2. In the course of my duties as a Forensic Chemist, I analyzed a substance forwarded to the South West Laboratory by DEA/CNMI Task Force Officer (TFO) Albert A. Taitano. This substance is described in the attached report as Exhibit #10 and involved evidence seized on January 29, 2004, in the CNMI.

3. After completing my analysis, I prepared a report of my findings. A true and accurate copy of the report and the related laboratory receipt is attached as Government Exhibit B.

1        5.     The report is a domestic record made by me at or near the time of my analysis of the substances involved.

       6.     As a result of my analysis of the substances, I have personal knowledge of the matters contained in the attached report.

       7.     The report was made and kept in the course of the regularly conducted business activities of the DEA South West Laboratory and it is the regular business activity of the laboratory to document analyses conducted by Forensic Chemists.

       8.     At the time I prepared the attached report, the making and the maintaining of such records was the regular business practice of the DEA South West Laboratory.

Executed on this 3rd day of May, 2006.

*Leah M. Carney*
LEAH M. CARNEY
Forensic Chemist
Drug Enforcement Administration
South West Labratory

-2-

**U.S. Department of Justice**
**Drug Enforcement Administration**

T31 2

Read Instructions on Reverse before completing.

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|---|
| [x] Purchase | [ ] Seizure | [ ] Free Sample | | | | |
| [ ] Lab. Seizure | [ ] Money Flashed | [ ] Compliance Sample (Non-Criminal) | | | | |
| [ ] Internal Body Carry | [ ] Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Garapan, Saipan, CNMI | 01-29-04 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | [ ] Case No. OR [ ] Seizure No. No. | 01-29-04 | |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 10 | | Methamphetamine | One small plastic ziploc bag containing crystalline substance. Field tested presumptive positive for methamphetamine. | | 25 gg | $250.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  [x] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On January 29, 2004, a CNMI Department of Public Safety cooperating source (hereinafter referred to as CS) purchased exhibit #10 from Joseph C. ALDAN and "CANDICE" in Garapan, Saipan, CNMI. After the purchase, the CS relinquished exhibit #10 to TFO Albert Taitano who transported it to the DEA/CNMI Task Force Office. TFO Taitano processed exhibit #10 into evidence as witnessed by TFO Diwain Stephen. TFO Taitano maintained custody of exhibit #4 until it was forwarded to the DEA South Western Regional Laboratory in Vista, CA for analysis and safe keeping via registered mail.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFO Albert A. Taitano | Jeffrey A. Silk, Resident Agent In Charge |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 HSEG | RC 027-066 473 | |
| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
| [ ] Broken [x] Unbroken | 2-6-04 | BURLESON |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

172339

EX #10

Gross Wt:    25.0g
Net Wt:      0.29g
Contains:    d-Methamphetamine HCl

**GOVERNMENT EXHIBIT B**

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 10 | 172339 | d-Methamphetamine HCl | 100 | % | | 0.29g | 0.22g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Leah M. Carney | Forensic Chemist | 02/18/2004 |
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
| William F. Phillips | Laboratory Director | Vista, CA |

DEA Form - 7
Sept. 1995

Previous edition dated 4/90 may be used until stock is exhausted.

ALD00002