LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
    MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               )<br>        Plaintiff, )<br>               )<br>    v.         )<br>               )<br>JOSE CRUZ ALDAN, )<br>    a/k/a, "Joe," )<br>               )<br>        Defendant. )<br>               )<br>_____ ) | Criminal Case No. 05-00009<br><br>NOTICE PURSUANT TO FED. R. EVID. 404(b) |

PLEASE TAKE NOTICE that the Government intends to offer into evidence at trial pursuant to Federal Rule of Evidence 404(b) evidence concerning defendant Jose Cruz Aldan's participation in a distribution and possession with intent to distribute of methamphetamine in the form commonly known as "ice," in or about April, 2004, that was the subject of a prosecution by the CNMI Department of Public Safety Special and Attorney General's Office.

/ / /

Such evidence will be offered to prove motive, opportunity, intent, preparation, plan, knowledge, identity, and absence of mistake or accident with respect to Counts One and Two of the Indictment.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: May 12, 2006

By: TIMOTHY E. MORAN
Assistant U.S. Attorney

-2-