F I L E D
Clerk
District Court

MAY 1 5 2006

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSE CRUZ ALDAN,<br>   a/k/a "Joe,"<br><br>           Defendant. | Criminal Case No. 05-00009 |

### AFFIDAVIT OF SELF-AUTHENTICATION
### PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

I, Rashad A. Sims, declare and certify under penalty of perjury, that the following is true and correct:

1.  I am employed as a Supervisory Forensic Chemist with the Drug Enforcement Administration, South Central Laboratory in Dallas, Texas. From 1997 through 2004, I was a Forensic Chemist with the Drug Enforcement Administration, South West Laboratory in Vista, California. The regular duties of the South West Laboratory involved, among other work, the analysis of various substances forwarded to the laboratory by agents of the Drug Enforcement Administration. As a Forensic Chemist, my regular duties included analysis of these substances, as well as the documentation of my findings in written lab reports. The laboratory made and maintains these lab reports in the regular course of its activities as a matter of regular practice.

2.  In the course of my duties as a Forensic Chemist, I analyzed a substance forwarded to the South West Laboratory by DEA/CNMI Task Force Officer (TFO) Ray R. Renguul. This substance is described in the attached report as Exhibit #5 and involved evidence seized on November 3, 2003, in the CNMI.

1      3.    After completing my analysis, I prepared a report of my findings. A true and
2  accurate copy of the report and the related laboratory receipt is attached as Government Exhibit
3  A.
4      5.    The report is a domestic record made by me at or near the time of my analysis of
5  the substances involved.
6      6.    As a result of my analysis of the substances, I have personal knowledge of the
7  matters contained in the attached report.
8      7.    The report was made and kept in the course of the regularly conducted business
9  activities of the DEA South West Laboratory and it is the regular business activity of the
10 laboratory to document analyses conducted by Forensic Chemists.
11     8.    At the time I prepared the attached report, the making and the maintaining of such
12 records was the regular business practice of the DEA South West Laboratory.

14 Executed on this 5th day of May, 2006.

RASHAD A. SIMS
Supervisory Forensic Chemist
Drug Enforcement Administration
South Central Labratory

-2-