**JOSEPH JAMES NORITA CAMACHO**
**CAMACHO & ALEPUYO**
**Attorneys-at-Law**
**2nd Floor, Lim's Bldg., Oleai**
**P.O. Box 5506 CHRB**
**Saipan, MP 96950**
**(670) 233-8535 / 8536 / 8537**
**(670) 233-8538 fax**

Court-appointed Counsel for Jose C. Aldan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | MOTION FOR COURT-APPOINTED INVESTIGATOR |
| vs. | |
| **Jose C. Aldan,** | |
| Defendant. | |

NOW COMES, Defendant Jose C. Aldan by and through his court-appointed counsel Joseph James Norita Camacho to respectfully move and request from this Honorable Court for a court-appointed investigator to assist defendant and defendant's counsel in preparation for a Jury Trial schedule for August 21, 2006 at 9 a.m. before the Honorable Chief Judge Alex R. Munson

After repeated attempts, the Government and Defense have failed to reach a non-trial disposition of the above caption case. Without disclosing defendant's strategy for trial, a court-appointed investigator is necessary to assist Counsel in some follow-up investigation. The Government and the Defense will file their witness list on or before August 14, 2006. Counsel anticipate that some or all of

the Government's witnesses will be interviewed by the Defense (and the investigator), and if necessary the investigator will assist in locating and interviewing rebuttal witnesses, especially as the trial is ongoing.

Counsel is aware of the economic hardship that the CNMI is experiencing. Counsel makes this request only because the case is going to trial. The defendant makes this request in order to mount a complete and proper defense to the charges leveled against the defendant.

Date: August 10, 2006                    Respectfully submitted

/s/ Joseph James Norita Camacho

_____
Joseph James Norita Camacho
Attorney for Jose C. Aldan