LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:       (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00009 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | OMNIBUS RESPONSE TO PRE-TRIAL MOTIONS |
| ) | |
| JOSE CRUZ ALDAN, ) | |
| a/k/a, "Joe," ) | |
| ) | |
| Defendant. ) | |

    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Leonardo M. Rapadas, United States Attorney, and Timothy E. Moran, Assistant United States Attorney, and hereby files its response to the defendant's pretrial motions. The government respectfully requests that the Court deny the motion for disclosure of confidential informants as moot because the government produced the requested information on August 11,

/ / /

1  2006.  The government takes no position on the motion for an investigator.

                                            LEONARDO M. RAPADAS  
                                            United States Attorney  
                                            District of the Northern Mariana Islands

DATED: August 11, 2006              __/s/_____  
                                    By:  TIMOTHY E. MORAN  
                                            Assistant U.S. Attorney