LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00009 |
| Plaintiff, ) | |
| v. ) | SECOND NOTICE PURSUANT TO FED. R. EVID. 404(b) |
| JOSE CRUZ ALDAN, ) a/k/a, "Joe," ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that the Government intends to offer into evidence at trial evidence concerning defendant Jose Cruz Aldan's other drug transactions with Liu, Ya Jun during January and February, 2004: namely, that the defendant purchased .5 or 1.0 grams of ice from Liu at the Hong's Apartment building on five or six occasions. The government plans to offer this evidence as intrinsic evidence related to Count Two. See, e.g., United States v. Beckman 298 F.3d 788, 793 (9th Cir. 2002); United States v. DeGeorge, 380 F.3d 1203, 1220 (9th Cir. 2004).

As an alternate basis, the government will offer this evidence pursuant to Federal Rule of Evidence 404(b). Such evidence will be offered to prove motive, opportunity, intent,

1  preparation, plan, knowledge, identity, and absence of mistake or accident with respect to Counts
2  One and Two of the Indictment.

                                LEONARDO M. RAPADAS
                                United States Attorney
                                District of the Northern Mariana Islands

DATED: August 11, 2006                                  _____
                            By:   TIMOTHY E. MORAN
                                Assistant U.S. Attorney