F I L E D
Clerk
District Court

AUG 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-00009 |
| Plaintiff | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION TO HIRE AN INVESTIGATOR |
| JOSE CRUZ ALDAN, also known as Joe, | ) | |
| Defendant | ) | |

IT IS ORDERED that defendant's motion, pursuant to 18 U.S.C. § 3006A(e), to hire an investigator is granted, up to a limit of $1,000.00. Should defendant require additional funds, he shall first move the court for an increased amount.

DATED this 11th day of August, 2006.

_____
ALEX R. MUNSON
Judge