```
                                                    FILED
                                                     Clerk
                                                 District Court

                                                  AUG 11 2006

                                          For The Northern Mariana Islands
                                          By_____
                                                   (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal No. 05-00009 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS |
| JOSE CRUZ ALDAN, also known as Joe, | ) | |
| Defendant | ) | |

IT IS ORDERED that defendant's motion for disclosure of confidential informants shall be heard **Monday, August 14, 2006, at 8:00 a.m.** Plaintiff may file an opposition, but is not required to do so and may instead present oral argument.

DATED this 11th day of August, 2006.

                                                          */s/ Alex R. Munson*
                                                     ALEX R. MUNSON
                                                           Judge