F I L E D
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 05-00009 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOTICE CHANGING |
| | ) | TIME OF TRIAL |
| JOSE C. ALDAN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the trial in the above case shall begin at **1:00 p.m.** on **Monday, August 21, 2006.**

DATED this 14th of August, 2006.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)