F I L E D
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-05-00009

August 14, 2006
8:05 a.m

**UNITED STATES OF AMERICA -v- JOSE C. ALDAN**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           TIMOTHY MORAN, Assistant U. S. Attorney
           JOSEPH CAMACHO, Counsel for Defendant

PROCEEDING:   Motion for Disclosure of Confidential Informant

   Government by Timothy Moran, AUSA. Attorney Joseph Camacho for the defendant.

   Attorney Camacho argued the motion. Government argued stating that they had already given the name.

   Court stated that the motion was moot at this time.

Adjourned at 8:15 a.m.

K. Lynn Lemieux, Courtroom Deputy