1  LEONARDO M. RAPADAS
United States Attorney
2  TIMOTHY E. MORAN
Assistant U.S. Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
P.O. Box 500377
5  Saipan, MP  96950
Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10             NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,        )    Criminal Case No. 05-00009
                                     )
                     Plaintiff,      )
13                                   )    **UNITED STATES' INITIAL**
         v.                          )    **EXHIBIT LIST**
14                                   )
    JOSE CRUZ ALDAN,                 )
         a/k/a, "Joe,"               )    Trial:  Jury
15                                   )    Date:   August 21, 2006
                     Defendant.      )    Time:  9:00 p.m.
16  _____ )    Judge: Hon. Alex R. Munson

17

18        The United States of America, by and through its undersigned attorneys, hereby submits the

19  attached initial list of the Government's Exhibits, reserving its right to amend or supplement this list

20  as needed.

21

22                                   LEONARDO M. RAPADAS
                                     United States Attorney
23                                   Districts of Guam and the NMI

24  Date: _____    By: _____
                                     TIMOTHY E. MORAN
25                                   Assistant United States Attorney

## DISTRICT OF THE NORTHERN MARIANA ISLANDS

## EXHIBITS

### U.S.A. vs Jose Cruz Aldan,  Criminal Case No. 05-00009
✓ Plaintiff __ Defendant Type of Hearing: Jury Trial

| No. | Bates No. | Description |
|---|---|---|
| 1 | n/a | ice (DEA Exhibit #5) |
| 2 | ALD00001 | DEA 7 |
| 3 | n/a | recording of Nov. 3, 2003 telephone call (DEA Exhibit #8) |
| 3T. | ALD00018-ALD00019 | transcript |
| 4. | n/a | recording of Nov. 3, 2003 meeting (DEA Exhibit #9) |
| 4T. | ALD00020-ALD00028 | transcript |
| 5. | n/a | ice (DEA Exhibit #10) |
| 6. | ALD00002 | DEA 7 |
| 7. | n/a | recording of first Jan. 29, 2004 meeting (DEA Exhibit #20) |
| 7T. | ALD00029-ALD00067 | transcript |
| 8. | n/a | recording of second Jan. 29, 2004 meeting (DEA Exhibit #21) |
| 8T. | ALD00068-ALD00096 | transcript |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| No. | Bates No. | Description |
|-----|-----------|-------------|
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |
|     |           |             |