Joseph James Norita Camacho
CAMACHO & ALEPUYO
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535/6/7
(670) 233-8538 fax

Court-Appointed Counsel for Jose C. Aldan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSE C. ALDAN,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00009<br><br>DEFENDANT'S PROPOSED JURY VOIR DIRE QUESTIONS |

In addition to the Court's general voir dire questions of the jurors, Defendant respectfully ask that the following questions be asked:

1. Have you, a family member, or in-law, or close relatives or close personal friend worked in the field of law enforcement?

2. Are you, or a family member, or an in-law, or close relatives or close personal friend working in a field of law enforcement?

3. Do you believe that a person is guilty because he or she has been charged with an indictment?

4. If a person is charge with a crime, do you believe that a person has to prove his or her innocent?

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Respectfully submitted

/s/ Joseph James N. Camacho

_____
Joseph James Norita Camacho, F0267

Court-appointed Counsel for Jose C. Aldan