F I L E D
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Joseph James Norita Camacho
CAMACHO & ALEPUYO
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535/6/7
(670) 233-8538 fax

Court-Appointed Counsel for Jose C. Aldan

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE C. ALDAN,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00009<br><br>DEFENDANT'S EXHIBIT LIST |

NOW COMES Defendant Jose C. Aldan to submit his Exhibit List, Defendant reserves his right to supplement or amend as may be come relevant during the course of the trial, or may be come necessary to impeach witnesses. In addition, Defendant reserves the right to use any exhibits submitted by the Government..

| Letter: | Bates No. | Description: |
|---|---|---|
| A. | N/A | Warrant of Arrest; Indictment; Writ of Habeas Corpus Ad Prosecquendum. |
| B. | N/A | Recording of Nov. 3, 2003 (Telephone) (DEA Ex #8) |

| | | | |
|---|---|---|---|
| 1 | C. | ALD00018 - 19 | Transcript |
| 2 | D. | N/A | Recording of Nov. 3, 2003 (Meeting) (DEA Ex #9) |
| 3 | E. | ALD00020-28 | Transcript |
| 4 | F. | ALD00003-05 | Report of Investigation |
| 5 | G. | ALD00001 | Report of Drug Property Collected (11-03-2003) |
| 6 | H. | ALD00011-14 | Report of Investigation (Money List) |
| 7 | I. | ALD00015 | Acquisition of Non-Drug Property |
| 8 | J. | N/A | Recording of Jan 29, 2004 (First Meeting) |
| 9 | K. | ALD00029-67 | Transcript |
| 10 | L. | N/A | Recording of Jan. 29, 2004 (Second Meeting) |
| 11 | M. | ALD00068-96 | Transcript |
| 12 | N. | ALD00006-10 | Report of Investigation |
| 13 | O. | ALD00002 | Report of Drug Property Collected (01-29-2004) |
| 14 | P. | ALD00016 | Report of Investigation (Money List) |
| 15 | Q. | ALD00017 | Acquisition of Non-Drug Property |
| 16 | R. | N/A | Plea Agreement of LIU, Ya Jun aka "Candace" |

Respectfully submitted

*[signature]*

Joseph James Norita Camacho, F0267
Court-appointed Counsel for Jose C. Aldan

2