F I L E D
 Clerk
District Court

AUG 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************

CR-05-00009                                August 18, 2006
                                           4:50 pm.


### UNITED STATES OF AMERICA -vs- JOSE CRUZ ALDAN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           MICHELL C. MACARANAS, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
           JOSE CRUZ ALDAN, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

    Defendant appeared with counsel, Attorney Joseph Camacho. Government was represented by Timothy Moran, AUSA.

    Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today.

    Court reviewed each of the charges in the indictment with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY** to Counts I and II. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea of guilty and the plea agreement.

    Court ordered a Presentence Investigation Report be submitted by Tuesday, October 10, 2006 and that the **Sentencing hearing be set for TUESDAY, NOVEMBER 14, 2006 at 9:00 a.m.**

    Government moved the Court to maintain the defendant's current conditions of release. No objections by defense. Court maintained the previously set conditions.

                                               Adjourned at 5:25 p.m.

                                               /s/ Michelle C. Macaranas, Courtroom Deputy