FILED
Clerk
District Court

AUG 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00009-001 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| JOSE CRUZ ALDAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for an investigation and report. The presentence investigation report is due on Tuesday, October 10, 2006. Sentencing is scheduled for **TUESDAY, NOVEMBER 14, 2006** commencing at the hour of nine o'clock a.m.

DATED this 18th day of August, 2006.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)