F I L E D
Clerk
District Court

OCT 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Joseph James Norita Camacho
CAMACHO & ALEPUYO
Attorneys-at-Law
2nd Floor, Lim's Bldg., Oleai
P.O. Box 5506 CHRB
Saipan, MP 96950
(670) 233-8535/6/7
(670) 233-8538 fax

Attorneys for Aldan, Jose C.

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00009 |
| ) | |
| Plaintiff, ) | STIPULATION TO MOVE SENTENCING |
| ) | HEARING DATE TO NEW DATE |
| Vs. ) | |
| ) | |
| ALDAN, Jose C., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

NOW COMES, Defendant Jose C. Aldan, by and through his court-appointed counsel Joseph James Norita Camacho and Assistant United States Attorney Timothy Moran, Attorney for the Government to stipulate and respectfully request to move Defendant's Sentencing Hearing on **Tuesday, November 14, 2006 at 9:00** a.m to **Friday, November 17, 2006 at 9:00 a.m.**, or a later date/time more convenient to the Court. The parties make this stipulation for the following reasons:

1. Defense Counsel will be off-island from November 8, 2006 to November 15, 2006.

2. Defendant consents to moving the Sentencing Hearing date.

Respectfully Submitted,

_____
Joseph James Norita Camacho
Attorney for Defendant
Date: 10/20/06

_____
Timothy Moran
Assistant United States Attorney
Date: 10/20/06