FILED
Clerk
District Court

OCT 23 2006

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00009 |
| Plaintiff, | [PROPOSED] ORDER |
| Vs. | |
| ALDAN, Jose C., | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Stipulation to move Sentencing Hearing date for Defendant Jose C. Aldan is HEREBY GRANTED. The new Sentencing Hearing date for Defendant Jose C. Aldan is hereby schedule for November 17, 2006 at 9:00 a.m.

SO ORDERED this 23rd day of October, 2006.

Alex R. Munson
Chief Judge

RECEIVED
OCT 20 2006
Clerk
District Court
The Northern Mariana Islands