FILED
Clerk
District Court

NOV 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Action No. 05-00009 |
|---|---|
| Plaintiff, | |
| vs. | Order Rescheduling Sentencing |
| JOSE C. ALDAN, | |
| Defendant. | |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Joseph J.N. Camacho
Attorney at Law
P.O. Box 5506
Saipan, MP 96950

IT IS ORDERED that the Sentencing in the above case set for Friday, November 17, 2006 at 9:00 a.m., is rescheduled to Tuesday, November 21, 2006, at 8:00 a.m.

DATED this 15th day of November, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)