ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
TEL: (670) 236-2982

Attorneys for the United States of America

FILED
Clerk
District Court

DEC 22 2006

For The Northern Mariana Islands
By__________________
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE CRUZ ALDAN,<br>a/k/a "Joe,"<br>Defendant. | CRIMINAL CASE NO. 05-00009<br><br>**WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM**<br><br>#00505-005 |

TO: Department of Public Safety
Corrections Facility

This Court finds that JOSE CRUZ ALDAN, a/k/a "Joe," is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for arraignment and subsequent Prosecution in the above captioned case

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce JOSE CRUZ ALDAN, a/k/a "Joe," before this Court on December 2, 2005 , at 8:30a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of

confinement.

**SO ORDERED** this 1st day of December, 2005

ALEX R. MUNSON
Chief Judge
District Court of Northern Mariana Islands

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:
TIMOTHY E. MORAN
Assistant U.S. Attorney

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS Writ AD Pro BY TAKING CUSTODY OF THE WITHIN NAMED Jose C. Aldan AT Horiguchi ON Saipan AND DELIVERING HIM HER TO THE DOC CNMI FOR FURTHER TRANSFER TO DOC Custody under the USMS.

W. M. Galvant
Deputy US Marshal
#3086
D/NMI Saipan.
03-29-06

MARSHALS RETURN

I HAVE PARTIALLY / EXECUTED THIS Writ Ad Pros BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner Aldan AT Horiguchi Fed Ct ON 12/02/05 AND DELIVERING HIM HER TO THE CNMI DOC FOR FURTHER TRANSFER TO Doc Susupe

MARSHALS RETURN

I HAVE PARTIALLY / EXECUTED THIS ASR BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner Aldan AT Horiguchi Bld ON 01/17/06 AND DELIVERING HIM HER TO THE CNMI Doc FOR FURTHER TRANSFER TO Doc Susupe

MARSHALS RETURN

Writ Ad Pros

Prisoner Aldan

Horiguchi Fed Ct 02/01/06

DOC under USMS

Doc Susupe

MARSHALS RETURN

ASR

Prisoner Aldan

Horiguchi Bld 01/13/06

DOC

Doc Susupe

POC: AUSA Moran

MARSHALS RETURN

I HAVE PARTIALLY / EXECUTED THIS ________ BY TAKING CUSTODY OF THE WITHIN NAMED ________ AT ________ ON ________ AND DELIVERING HIM HER TO THE ________ FOR FURTHER TRANSFER TO ________

MARSHALS RETURN

I HAVE PARTIALLY / EXECUTED THIS ________ BY TAKING CUSTODY OF THE WITHIN NAMED ________ AT ________ ON ________ AND DELIVERING HIM HER TO THE ________ FOR FURTHER TRANSFER TO ________

MARSHALS RETURN

I HAVE PARTIALLY / EXECUTED THIS ________ BY TAKING CUSTODY OF THE WITHIN NAMED ________ AT ________ ON ________ AND DELIVERING HIM HER TO THE ________ FOR FURTHER TRANSFER TO ________